AUSA:    Christopher Rawsthorne     Telephone:  (313) 226-9100
Special Agent:    Matthew Hughes     Telephone:  (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:23−mj−30362 |
| v. | Case No. | Assigned To : Unassigned |
| Matthew Borodich | | Assign. Date : 9/1/2023 |
| | | Description: RE: MATTHEW BORODICH (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2023 - August 31, 2023 _____ in the county of __ Wayne and elsewhere __ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew R. Hughes, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ September 1, 2023 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR A COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division.  While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children.  I have gained experience through training at the FBI Academy, post-Academy training, and everyday work related to conducting these types of investigations.

2.      I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A. I am authorized by law to request a arrest warrant.

3.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Matthew Borodich** (date of birth **/**/1983) for

1

violations of 18 U.S.C. §§ 2251(a), 2252A(a)(2), and 2252A(a)(5)(B) (production, distribution, and possession of child pornography).

4.      The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Borodich** has violated 18 U.S.C. §§ 2251(a) (production of child pornography), 2252A(a)(2) (distribution of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

## SUMMARY OF INVESTIGATION

5.      On or about August 31, 2023, FBI Detroit received information from a law enforcement officer in Wisconsin who had been working in a covert online capacity on August 30, 2023 on Kik, a messaging platform that allows users to send text messages, videos and pictures to each other.

6.      The law enforcement officer observed a public Kik group chat "#tinycpcfc2" that appeared to be sharing child pornography between the members. One user identified with the screen name "theonlyone1395" sent multiple images of a prepubescent female in the group chat. The images and videos were sent on August 29, 2023 between 1:45 PM CST and 10:36 PM CST.

7.      The first image showed a prepubescent female lying on a bed fully clothed; the second showed the prepubescent female lying on a trampoline fully clothed; the third image showed what appeared to be the prepubescent female lying on her back with the focal point being the girl's buttocks in leggings; the fourth image was a close up image of what appears to be an adult Caucasian male's hand pushing a pair of jean shorts down and a close up image of an African-American prepubescent female's genitalia; the fifth image was another close up image of a prepubescent female's vagina.

8.      The user later sent another set of images and a video to the Kik group. The first was another image of the prepubescent female on a trampoline fully clothed; the second was of what appears to be the same prepubescent female standing inside a home wearing the same outfit; the third is of a prepubescent female hunched over a gray colored couch inside a home; the fourth appears to be a snapchat screen shot of a zoomed in image of the prepubescent female's vagina while a Caucasian adult male's hand can be seen manipulating the African-American prepubescent

3

female's genitalia; the fifth piece of content was a video, which appears to be a screen recording of a gallery video dated April 23 at 6:19 PM, showing what appears to be a prepubescent African-American female lying on her back, pulling her pants down and rubbing her own vagina.

9.      The photos of the African-American female (MV1) were consistent across both sets of images and video and appeared to be created on a cell phone device, indicating that the images and videos may have been created by the user.

10.     The user's background image on his profile appears to be part of a residence with exposed lumber. The profile picture appears to be a marina with large vessels in the background. The law enforcement officer conducted an open-source search and believed the marina was located in St. Clair Shores, Michigan.

11.     On August 30, 2023, an exigent request for subscriber information for the account "theonlyone1395" was submitted to MediaLabs, the parent company of Kik. Kik responded by providing the email associated with the account was matthewborodich@att.net. The phone model was identified as an iPhone and the user location was Detroit.

12.     According to MediaLabs, the IP address 99.24.176.137 was used by the account on August 29, 2023 during the timeframe the photos and videos were sent. An exigent request for subscriber information associated with the IP address was submitted to AT&T on August 31, 2023. AT&T provided information that the IP

address is registered to INDIVIDUAL 1 at ***** Dale Street, Detroit, MI 48219.

13.    A public Facebook page for INDIVIDUAL 1 showed that she lives in the Detroit, Michigan area. On her publicly available friends list Matthew Borodich appears as a friend. Borodich appears in multiple group photos with INDIVIDUAL 1 in her publicly available photos on her profile.

14.    MV1 was seen in several of the publicly available photos on INDIVIDUAL 1's Facebook profile.

15.    A photo on INDVIDUAL 1's profile depicts a gray couch that is visually similar to the couch present in one of the images sent by the user. Additionally, satellite images of the residence obtained through open source show a trampoline in the backyard that appears the match the trampoline depicted in some of the images sent by the user.

16.    A federal search warrant was executed at ***** Dale Street, Detroit, Michigan on August 31, 2023. Borodich was detained at the residence. After being advised of his *Miranda* rights Borodich waived his rights and was interviewed.

17.    Borodich admitted to using a Kik account to transmit child pornography to other users on the internet. He admitted to taking nude images of MV1, who was a seven-year-old female who lived in the home with him. He stated that MV1 also recorded a video of herself pulling down her pants and exposing her vagina. Borodich admitted to sending the images and video to other Kik users. Borodich

stated he deleted the images and video from his phone recently but did not know when.

18.     Borodich admitted to using Kik to knowingly send child pornography to other users on multiple occasions.

19.     An Apple iPhone was seized from Borodich on August 31, 2023. Pursuant to a federal search warrant, the iPhone was searched. The Kik application was identified on the phone with the account "theonlyone1395" logged in on the application. A review of the available information on the application showed that the account was a member of several groups that appeared to be sharing child pornography. The account was used to send child pornography in several of the groups that it was a member of.

20.     During a polygraph interview on August 31, 2023, Borodich admitted to producing four to six nude images of MV1. He also admitted to using his fingers to spread her vagina while taking the photographs. He also admitted to other likely sexual contact with MV1 but claimed it occurred while he was asleep. I do not find this contention credible.

## CONCLUSION

21.     Based on the foregoing, there is probable cause to believe **Matthew Borodich** has violated 18 U.S.C. §§ 2251(a) (production of child pornography),

2252A(a)(2) (distribution of child pornography), and 2252A(a)(5)(B) (possession of

child pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date:    September 1, 2023

7